AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means    ☐ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| In the Matter of the Search of ) <br> ) <br> Room #104 of the America's Best Value Inn, 7222 ) <br> Rosemead Blvd. in Pico Rivera; a white Infiniti ) <br> G35, bearing California license plate #6FMJ185; a ) <br> white Mercedes E350, bearing California license ) <br> plate #7BVY136; and the person of Hovanes ) <br> Sungulyan, further described in attachments A-1 - A-4 ) <br> ) | Case No.   2: 20-MJ-03817 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California *(identify the person or describe the property to be searched and give its location)*:

   *See Attachment A*

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

   *See Attachment B*

Such affidavit(s) or testimony are incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before <u>14 days from the date of its issuance</u> *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.</u>

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for ____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   August 13, 2020 at 11:12am          /s/ Karen L. Stevenson
                                                              *Judge's signature*

City and state:    Los Angeles, CA                            Hon. Karen L. Stevenson
                                                              *Printed name and title*

AUSA: <u>Jason C. Pang, x2652</u>

| **Return** | | |
|---|---|---|
| Case No.: 2: 20-MJ-03817 | Date and time warrant executed:<br>8/13/2020 11:15 a.m. | Copy of warrant and inventory left with:<br>America's Best Value Inn |

Inventory made in the presence of :
SA Ben Tucker

Inventory of the property taken and name of any person(s) seized:

1) One circular plastic container containing blue M-30 pills, suspected to be fentanyl and weighing approximately 157 grams.

2) Three plastic containers containing blue M-30 pills, suspected to be fentanyl and weighing approximately 422 grams.

3) One Weigh Max digital scale with suspected fentanyl residue.

4) One clear plastic bag containing a white powdery substance, suspected to be fentanyl and weighing approximately 61 grams.

5) One small plastic Ziploc-style bag containing blue M-30 pills, suspected to be fentanyl and weighing approximately 63 grams.

6) One square plastic container and one glass tube containing a white crystalline substance, suspected to be cocaine and weighing approximately 94 grams.

7) One plastic baggie wrapped in rubber bands and loose blue M-30 pills, suspeted to be fentanyl and weighing approximately 64 grams.

8) One coffee can containing a green leafy substance, suspected to be marijuana and weighing approximately 181 grams.

9) One Ziploc-style bag containing blue circular pills, suspected to be fentanyl and weighing approximately 121 grams.

10) One white and silver iPhone 6S+, IC#579C-E2944A, Model#A1634, FCCID#BCG-E2944A.

11) One gray/black satchel bag.

12) Two pieces of paper listing various names.

13) One rose gold iPhone 7+, IC#579C-E2944A, Model#A1634, FCCID#BCG-E2944A.

14) Miscellaneous Bank of America documents, notes and other paperwork.

15) One silver Apple MacBook Pro, serial# C2VFFSVJDH2G.

16) Two notebooks containing ledgers.

17) One Sig Sauer SP 2340 .40 caliber pistol (no serial number) and one magazine with 8 .40 caliber bullets.

18) One Rock Island Armory M1911A .380 caliber pistol (serial# RIA2120138) and one empty .380 magazine.

19) Hovanes Sungulan.
            ********************************NOTHING FOLLOWS********************************

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: August 25, 2020

*Executing officer's signature*

Special Agent Reese Stewart
*Printed name and title*